lant; *Lester L. Greevy,* and *Greevy, Knittle & Mitchell,* for appellee.

Order affirmed.

## Commonwealth *v.* Pannell, Appellant.

Argued December 14, 1965. *Gilliat G. Schroeder,* with him *Schroeder & Raymond,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would quash this appeal for the reason that it is from an order of parole.

FLOOD, J., absent.

## Commonwealth *v.* Richardson, Appellant.

Argued December 15, 1965. *Leonard Rubin,* for appellant; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.

## Commonwealth *v.* Temple, Appellant.